IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET FULLERTON HENDERSON
SPENCER STUART ROMANOV,

        Plaintiff,                CIV-S-09-2230 JAM GGH PS

   vs.

MINISTRY OF FINANCE FEDERAL
RESERVE OF GERMANY,

        Defendant.             ORDER
_____/

       On August 25, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. On August 27, 2009, plaintiff filed a document entitled "Notice of Motion – Reverse Decision On Judge's Finding" which is construed as objections to the findings and recommendations, and they were considered by the district judge.

       This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made,

the court assumes its correctness and decides the motions on the applicable law.  See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.  Accordingly, IT IS ORDERED that:

1.  The Findings and Recommendations filed August 25, 2009, are ADOPTED;

2.  The above-captioned case is remanded to the Superior Court of the State of California in and for the County of Sacramento; and

3.  The Clerk is directed to close this case.

DATED:   December 7, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

henderson2230.jo